NO. 07-01-0214-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 25, 2002

_____

EX PARTE WARREN MCDONALD

_____

FROM THE 64TH DISTRICT COURT OF CASTRO COUNTY;

NO. 94-03-A-2219-CR; HONORABLE JACK R. MILLER, JUDGE

_____

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Appellant Warren McDonald filed a First Amended Motion to Withdraw Appeal on February 19, 2002, averring that the parties had reached an agreement to resolve the issues on appeal. The Motion to Dismiss is signed by both appellant and his attorney.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. Having dismissed

the appeal at appellant's personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.


                                        Phil Johnson
                                         Justice



Do not publish.